## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HENRY WEST,

      Plaintiff,

vs.	No. 1:20-cv-00407-KWR-JFR

SOCIAL SECURITY ADMINISTRATION,
*Andrew M. Saul, Commissioner of Social Security Administration*,

      Defendant.

### ORDER OF REFERENCE RELATING TO BANKRUPTCY APPEALS, SOCIAL SECURITY APPEALS, PRISONER CASES, AND IMMIGRATION HABEAS CORPUS PROCEEDINGS

Pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B), (b) (3) and <u>Virginia Beach Federal Savings & Loan Association v. Wood</u>, 901 F.2d 849 (10th Cir. 1990), this case is referred to **Magistrate Judge John F. Robbenhaar** to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1). **Objections shall be filed within fourteen (14) days of the date of entry of the proposed disposition.**

                                                                         _____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE