IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HENRY W. WEST, JR.,**

    **Plaintiff,**

    vs.          No. 1:20-cv-00407-KWR-JFR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Adopting Magistrate Judge's Findings and Recommended Disposition **(Doc. 42)** entered on **January 19, 2022**, the Court **REMANDS** this case to the Social Security Administration for further proceedings.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**